**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LONNELL I. FORT**                                                                 **PLAINTIFF**
**#256214**

**v.**                                             **Case No. 4:26-cv-00393-JM**

**DR. NANCY COOPER,** *et al.*                                              **DEFENDANTS**

## ORDER

Plaintiff Lonnell Fort's motion for a bill of particulars (Doc. 3) is DENIED because that document should have been filed in his pending state criminal case.

Fort's motion for copies and recusal (Doc. 4) is granted in part and denied in part. Fort's request for recusal is DENIED. My (or Magistrate Judge Moore's) impartiality could not reasonably be questioned. 28 U.S.C. § 455(a). In any event, Judge Moore is not assigned to this case.

Fort's requests for copies is granted, to a degree. He requests copies of all original documents and USM-185 forms. (Doc. 4 at 1). This broad request is DENIED. To the extent that Fort is seeking a blank copy of a prisoner *in forma pauperis* application, that motion is granted. The Clerk of Court is directed to send Fort a blank *in forma pauperis* application along with a copy of the docket sheet.

Fort's embedded request to be granted IFP status without having to pay any portion of the filing fee is DENIED. Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action *in forma pauperis* still must pay the full statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial

filing fee, he will be allowed to proceed with his § 1983 claims, and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350.00 filing fee will be collected, and no portion of this filing fee will be refunded to the prisoner. *See* 28 U.S.C. § 1915(b)(1).

Fort has not paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by May 26, 2026. If he does not, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). If Fort is granted permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Fort will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

It is so ordered this 6th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

2