**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LONNELL I. FORT** **PLAINTIFF**
**#256214**

**v.** **Case No. 4:26-cv-00393-JM**

**DR. NANCY COOPER, *et al*.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of July, 2026.

UNITED STATES DISTRICT JUDGE